1  **ANDREW LAH**
   California State Bar No. 234580
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:   (619) 687-2666
   andrew_lah@fd.org
5

6  Attorneys for Defendant Mr. Rosa

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | Case No. 08MJ2438 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| **JOSE ADAN GONZALEZ ROSA,** | ) | |
| Defendant. | ) | |

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Andrew Lah, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the
19 above-captioned case.

20                                                 Respectfully submitted,

22 Dated: August 11, 2008                         *s/ ANDREW LAH*
                                                  Federal Defenders of San Diego, Inc.
23                                                Attorneys for Defendant
                                                  andrew_lah@fd.org

1  **ANDREW LAH**
   California State Bar No. 234580
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:   (619) 687-2666
   andrew_lah@fd.org
5

6  Attorneys for Mr. Rosa

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,     ) Case No. 08MJ2438
                                   )
12 |         Plaintiff,             )
                                   )
13 | v.                             ) **PROOF OF SERVICE**
                                   )
14 | **JOSE ADAN GONZALEZ ROSA,**   )
                                   )
15 |         Defendant.             )
                                   )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20         **Assistant United States Attorney**
           efile.dkt.gc1@usdoj.gov
21

22 Dated: August 11, 2008                           *s/ ANDREW LAH*
                                                    **ANDREW LAH**
23                                                  Federal Defenders of San Diego, Inc.,
                                                    andrew_lah@fd.org
24