UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,   )  | CASE NO. 08cr2985-JTM |
| Plaintiff,   ) ) ) | |
| v.   ) ) | ORDER CONTINUING SENTENCING HEARING |
| **JOSE ADAN ROSA**,   ) ) | |
| Defendant.   ) ) | |

**IT IS HEREBY ORDERED** upon joint motion of all the parties (docket no. 18), that the sentencing hearing currently set for December 12, 2008 and be continued to *January 30, 2009, at 9:00 a.m.*

**SO ORDERED.**

DATED: December 9, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge